IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER:  22-mj-8089-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(2). |
| JOSEPH J. SPENCER, | ) | |
| | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Zachary Green, duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**UNLAWFUL POSSESSION OF A FIREARM BY A PREVIOUSLY CONVICTED FELON**

On or about April 10, 2022, in St. Clair County, within the Southern District of Illinois,

**JOSEPH J. SPENCER**,

defendant, knowing that he had been previously having been convicted a crime punishable by imprisonment for a term exceeding one year: Unlawful Possession of Firearm by a Previously Convicted Felon, on June 29, 2017, in the United States District Court for the Southern District of Illinois, Case No. 16-CR-30121-NJR-01, did knowingly possess in or affecting interstate commerce, the following firearms: (1) a Taurus, Model PT111 G2A Frame (G2C Slide), 9mm caliber pistol, bearing serial number "1C102688", and (2) a Taurus, Model PT111 G2A Frame (G2C Slide), 9mm caliber pistol, bearing serial number "1C102790", all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## AFFIDAVIT

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and that this Criminal Complaint is based on the following facts:

1. **The Federal Agent.** I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to the Kansas City Field Division, Fairview Heights Field Office. I have been so employed since June 2018. As a Special Agent, I have graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Special Agent Basic Training at the ATF National Academy. As such, I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure.

2. **Agent's Background.** In my capacity as a Special Agent, I am responsible for investigating violations of federal statutes over which the ATF has investigative jurisdiction, to include violations relating to firearms, controlled substances, carjacking, and robbery, among other things. During my tenure with the ATF, I have participated in investigations involving carjacking, robbery, firearms and illicit substances. I am familiar with and have used normal methods of investigation, including, but not limited to, visual and electronic surveillance, interviewing of witnesses and defendants, reviewing social media accounts, utilization of cellular telephone data, and the utilization of confidential informants and undercover agents. Prior to being a Special Agent with ATF, I was employed as a police officer with the Shiloh Police Department in Illinois from August 2006 to June 2018.

3. **Purpose of the Affidavit.** The facts and information contained in this affidavit are based on my personal knowledge, information obtained from other law enforcement

2

officers/agents, witnesses and/or victims.  This affidavit does not contain every fact known to me regarding this investigation, but rather contains information necessary to demonstrate probable cause.  In support of this Complaint, your Affiant states as follows:

4. **Traffic Stop**.  On April 10, 2022, at approximately 13:26 hours, St. Clair County (Illinois) Sheriff's Department (SCCSD) Investigator (Inv.) Xavier Blackburn was working the Illinois Department of Transportation "Distraction Driving" traffic detail on patrol in the area of State Street and 44th Street, E. St. Louis, Illinois.  Inv. Blackburn noticed an individual later identified as SPENCER driving a 2013 Nissan Murano Bearing Illinois License Plate DC80813 traveling east bound not wearing a seat belt.  Inv. Blackburn conducted a vehicle traffic stop, contacted SPENCER, and advised SPENCER of the traffic infraction.  Inv. Blackburn noticed SPENCER was wearing a black man bag or pouch around his neck that was open.  Inv. Blackburn could also smell the odor of burnt cannabis emitting from inside the vehicle.  Inv. Black observed a female, identified as Ashley ROGERS, in the front passenger seat, and a small child that was not secured properly in the back seat of the vehicle.  When asked SPENCER stated he did not have a valid driver's license and he was recently discharged from prison and was assigned to a halfway home.  Inv. BLACKBURN had SPENCER exit the vehicle.  SPENCER advised there was a small amount of cannabis in the vehicle but was unsure of its location.  Inv. Blackburn spoke with ROGERS who advised there was cannabis in the vehicle.  ROGERS opened the center console of the vehicle and handed a plastic bag of suspected cannabis to Inv. Blackburn.  Inv. Blackburn asked ROGERS if there was anything else illegal inside the vehicle and she stated "No".

5. **Firearms Detected**.  Inv. Blackburn asked ROGERS to exit the vehicle and

observed in the passengers' side door panel a loaded 9mm caliber firearms magazine. Inv. Blackburn asked after seeing the firearms magazine if there were any firearms in the vehicle. SPENCER ultimately stated, "They're inside the glove box." ROGERS advised Inv. Blackburn that the glove box was locked and needed the key, which was laying on the passenger seat. Inv. Blackburn unlocked the glove box and recovered a Taurus, Model PT111 G2A Frame (G2C Slide), 9mm Caliber pistol bearing serial number 1C102688 and a Taurus, Model PT111 G2A Frame (G2C Slide), 9mm Caliber pistol bearing serial number 1C102790. Inv. Blackburn photographed the firearms, called for a tow truck, and conducted an inventory search of the vehicle. The two firearms were collected as evidence and SPENCER was transported to the SCCSD.

6. **Interview of Mr. Spencer**. On April 11, 2022, ATF Senior Special Agent (SSA) Matt Inlow and Investigator (Inv.) Blackburn conducted a recorded interview of SPENCER at the St. Clair County (Illinois) Sheriff's Department (SCCSD). Inv. Blackburn advised SPENCER of his Miranda Rights at the beginning of the interview. During the interview, SPENCER stated when he observed Inv. Blackburn drive past him and turn around, one of the firearms had been inside a man bag SPENCER was wearing across his chest. SPENCER stated his fingerprints, and his DNA would be on the firearm because he had removed the firearm from the man bag and placed it inside the glove box of the vehicle. SPENCER stated the second firearm was already inside the glove box of the vehicle. SPENCER continued that he then locked the glove box of the vehicle and passed the key to the glove box to his girlfriend Ashley M. ROGERS. SPENCER stated he had been released from Federal Prison on October 19, 2021, for a Felony Conviction for violations of Title 18, United States Code,

Section 922(g)(1) - Possession of a firearm by a convicted felon. SPENCER stated he is currently on monitoring for this conviction. SPENCER stated his fingerprints and DNA would also be on the second firearm because he had also touched that firearm in the past. SPENCER stated he had gone with his girlfriend to the Rural King located in Collinsville, Illinois and helped ROGERS pick out the firearms for the purpose of one firearm being for him and one firearm being for her. SPENCER stated he has handled both firearms multiple times since they were purchased. SPENCER stated he is a convicted felon and that he knew he could not be around firearms and could not be in the possession of firearms.

7. **Interview of Ms. Rogers**. On April 11, 2022, ATF SSA Inlow and Inv. Blackburn conducted a recorded interview of ROGERS at the SCCSD. Inv. Blackburn advised ROGERS of her Miranda Rights at the beginning of the interview. During the interview, ROGERS stated SPENCER is her boyfriend and they have a child together. ROGERS stated she has known SPENCER since they were 13 years old and have dated on and off since then. ROGERS stated when she and SPENCER had been pulled over on April 10, 2022, SPENCER had removed one of the firearms from the man bag he was wearing and placed it into the glove box of the vehicle, where her firearm was also located. ROGERS stated SPENCER has been shot at twice since being let out of Federal Prison and they went to the Rural King located in Collinsville, Illinois together to purchase the firearms. ROGERS stated she paid for both firearms utilizing her H&R Block card. ROGERS stated she knew when she purchased the firearms that one firearm was going to be for SPENCER and the other firearm was going to be hers. ROGERS stated she also purchased some ammunition for the firearms. ROGERS stated at the time she purchased the firearms; she knew SPENCER was a convicted felon and

5

could not be around firearms.

8.    **Firearms and Interstate Nexus.**   The Taurus, Model PT111 G2A Frame (G2C Slide), 9mm caliber pistol, serial #1C102688 and Taurus, Model PT111 G2A Frame (G2C Slide), 9mm caliber pistol, serial #1C102790 were manufactured outside the State of Illinois, travelled in interstate/foreign commerce, and are firearms as defined in Title 18 United States Code, Chapter 44, Section 921(a)(3).

9.    **Prior Felony Conviction**.   SPENCER was convicted of a felony punishable by imprisonment for a term exceeding one year.   SPENCER was sentenced to 71 months Federal Bureau of Prison in the United States District Court for the Southern District of Illinois (located in East Saint Louis) in case number 3:16-CR-30121-NJR-1, Unlawful Possession of a Firearm by a Convicted Felon.

10.    **Probable Cause**.   Based on the foregoing, I believe that probable cause exists to charge Joseph J. SPENCER with, among other things, a violation of Title 18, United States Code, Section 922(g)(1) for being a previously convicted felon in the possession of a firearm on or about April 10, 2022.

11.    **Sealing the Documents**.   Revealing the contents of this Criminal Complaint could endanger the well-being of the person who provided information that the Defendant was in possession of a firearm, thereby compromising the integrity of this ongoing investigation. Accordingly, I respectfully request that this Criminal Complaint remain sealed until further order.

FURTHER AFFIANT SAYETH NAUGHT.

2022.04.12
10:21:57 -05'00'

ZACHARY GREEN
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

State of Illinois        )
                         )  SS.
County of St. Clair      )

Sworn to before me and subscribed in my presence on the __12__ day of April 2022, at East Saint Louis, Illinois.

**MARK A. BEATTY**
**United States Magistrate Judge**

STEVEN D. WEINHOEFT
United States Attorney

*William E. Coonan*
WILLIAM E. COONAN
Assistant United States Attorney

7